IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD ALAN DAVIS,**                                                                  **PLAINTIFF**
**ADC #89568**

**V.**                   **CASE NO. 5:19-CV-55-BD**

**TASHA KELLY**                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE